# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS MCKINLEY,** | : | |
|    Petitioner | : | |
| | : | No. 1:21-cv-1338 |
| v. | : | |
| | : | (Judge Rambo) |
| **BOBBY JOE SOLOMAN,** *et al.*, | : | |
|    Respondents | : | |

## ORDER

**AND NOW**, on this 27th day of August 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

2. A certificate of appealability will not issue.

3. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ Sylvia H. Rambo
                                              United States District Judge